UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOUSSA U'NFU DIARRA,<br><br>                         Plaintiff,<br><br>-against-<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                         Defendant. | 24-CV-5279 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 13, 2024
           New York, New York

                                                             /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                           Chief United States District Judge