UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSSA U'NFA DIARRA,

                    Plaintiff,

          -against-

SOCIAL SECURITY ADMINISTRATION,

                    Defendant.

24-CV-5279 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order and judgment dated August 13, 2024, and entered the following day, the Court: (1) denied Plaintiff's request to proceed *in forma pauperis* ("IFP"); (2) dismissed the complaint without prejudice under the Prison Litigation Reform Act's "three-strikes" provision; and (3) certified, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from that order would not be taken in good faith, and denied IFP status for the purpose of an appeal. (ECF 3, 4.) On October 3, 2024, Plaintiff filed a notice of appeal. (ECF 7.) On November 6, 2024, Plaintiff filed a motion to "stay the judgment," attached to which is a state-court *habeas corpus* petition that Plaintiff filed in Georgia in 2014. (ECF 8.) Because the submission provides no basis for staying the judgment, the Court denies the motion.

On November 13, 2024, Plaintiff filed a motion for leave to proceed IFP on appeal. (ECF 8, 9.) In the order of dismissal, the Court denied any request to proceed IFP on appeal. (ECF 3.) The Court therefore denies Plaintiff's request to proceed IFP on appeal.

## CONCLUSION

The Court denies the motion for a stay, and the Clerk of Court is directed to terminate it. (ECF 8.) The Court also denies the motion for leave to proceed IFP on appeal.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is again denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 15, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2